# Court of Appeals
# of the State of Georgia

ATLANTA,   May 25, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1833.   PLATTE RIVER INSURANCE COMPANY v. J. HARRIS ENTERPRISES.**

This case is before us on appellants' motion to remand the case to the trial court to complete the record. Appellants' motion is GRANTED and this case is REMANDED to the trial court. When the entire record is prepared, the case may then be transmitted to and re-docketed with the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/25/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*